IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,                          No. C 06-05277 JSW

  v.

RICHARD KIRKLAND,                 **ORDER**

    Defendant.
_____/

        The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

        Plaintiff is directed to serve a copy of this Order on Defendant and a proof of such service by no later than September 29, 2006. The parties are directed to meet and confer regarding reassignment and to file, on or before October 13, 2006, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

        **IT IS SO ORDERED.**

Dated: September 11, 2006

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE