IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD KIRKLAND,<br><br>　　　　Defendant.<br>_____ / | No. C 06-05277 JSW<br><br>**ORDER GRANTING REQUESTS TO SCREEN COMPLAINT AND FOR STAY OF PROCEEDINGS** |

The Court received Defendant's requests to screen the First Amended Complaint under 28 U.S.C. § 1915A and to stay proceedings until such screening has been completed. Screening applies to any "complaint in a civil action in which a prisoner seeks redress from a governmental entity or employee of a governmental entity" and is not limited to prisoners' complaints filed *in forma pauperis*. *See* 28 U.S.C. § 1915A; *Rowe v. Shake*, 196 F.3d 778, 781 (7th Cir. 1999). In its review, the Court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). Plaintiff does not oppose the request for a screening. Defendant's request for a screening is hereby GRANTED.

Due to the upcoming hearing set for December 1, 2006 and the associated filing deadlines, Defendant requests a stay of this matter pending completion of the Court's screening process. In order to give the Court ample time to conduct an appropriate screening under 28 U.S.C. §1915A, the Court GRANTS Defendant's request for a temporary stay pending a Court order on the screening. The December 8, 2006 hearing on Plaintiff's motion is hereby

1  VACATED. The Court will reset the hearing and briefing schedule on Plaintiff's pending
2  motion for preliminary injunction, if necessary, in its screening order.

**IT IS SO ORDERED.**

Dated: November 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE