**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES, | |
|     Plaintiff, | No. C 06-05277 JSW |
| v. | |
| RICHARD KIRKLAND, | **JUDGMENT** |
|     Defendant. | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim upon which relief could be granted.

**IT IS SO ORDERED.**

Dated: May 10, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE