IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,

    v.

RICHARD KIRKLAND,

    Defendant.

No. C 06-05277 JSW

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

    Having reviewed Plaintiff Dale Bretches' application to proceed *in forma pauperis* on appeal, the application is GRANTED.

    **IT IS SO ORDERED.**

Dated: August 2, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE