IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,

No. C 06-05277 JSW

v.

RICHARD KIRKLAND,

    Defendant.

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter is set for a hearing on December 4, 2009 on Plaintiff's motion for leave to file a second amended complaint. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than September 18, 2009 and a reply brief, if any, shall be filed by no later than September 25, 2009

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 11, 2009

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE