Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel, Esq. (SBN. 245772)
Dustin Martin, Esq. (SBN. 255457)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California 95811
Telephone: (916) 447-8400
Facsimile: (916) 447-0720
Email: franckhermanlaw88@yahoo.com

Attorney for Plaintiff
DALE BRETCHES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD KIRKLAND, et al.<br><br>Defendant. | Case No. C06-05277 JSW<br><br>**STIPULATION TO CONTINUE COMPLETION PERIOD FOR MANDATORY SETTLEMENT CONFERENCE; ORDER THEREON**<br><br>No hearing requested. |

During the August 28, 2009 initial scheduling conference in this matter, the Court issued a completion date for a mandatory settlement conference to be held before the United States Magistrate Nandor J. Vadas. The completion date set by the Court is November 30, 2009.

Due to scheduling conflicts with Plaintiff's counsel, and the Court's calendar issues, the parties have reserved and established the following mandatory settlement conference date, which will occur before Judge Vadas before the visiting judge's courtroom at the United States District Courthouse, Northern District of California, December 15, 2009, at 3:00 p.m.

Judge Vadas' clerk advised that this date cannot be confirmed and/or set until the Court first issues an order extending the mandatory settlement conference completion period. Defendant Kirkland agrees to extend time for completing the mandatory settlement conference so long as it does not prejudice his argument that this action should be dismissed for failure to comply with the Court's September 16, 2009 Order.

Accordingly, the parties hereby STIPULATE that the Court may issue an ORDER extending the mandatory settlement conference completion date to and including December 15, 2009

**SO STIPULATED:**

FRANCK & ASSOCIATES

/s/ Herman Franck

By Herman Franck, Esq.
Attorneys for Plaintiff
Dale Bretches

Date: November 16, 2009

CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE

By Emily Brinkman, Esq.
Attorneys for Defendant
Richard Kirkland

Date: November 16, 2009

**ORDER BASED ON STIPULATION**

The Court hereby ACCEPTS the forgoing STIPULATION of the parties, and hereby ORDERS that the mandatory settlement conference completion date is hereby EXTENDED to December 31, 2009.

______________________
Hon. Jeffrey White
United States District Court Judge

Date: November 30, 2009

3

*Bretches v. Kirkland, et al.*

STIPULATION
Continue Completion Period for Mandatory Settlement Conference; Order Thereon