IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>RICHARD KIRKLAND,<br><br>　　　　Defendants. | Case No C 06-5277 JSW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 15, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒ Plaintiff and Plaintiff's counsel Herman Franck

　　☐ Warden or warden's representative

　　☒ Office of the California Attorney General, Emily Brinkman

　　☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on
_____.

☒ The parties are unable to reach an agreement at this time.

Date: 1/20/10

_____
Nandor J Vadas
United States Magistrate Judge