IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES,<br><br>    Plaintiff,<br><br>    v<br><br>RICHARD KIRKLAND,<br><br>    Defendants. | Case No C 06-5277 JSW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 15, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff and Plaintiff's counsel Herman Franck

☐ Warden or warden's representative

☒ Office of the California Attorney General, Emily Brinkman

☒ Other: California Department of Corrections and Rehabilitation, Kaye Bassett

1  (2)   The following individuals, parties, and/or representatives did not appear:
2  (3)   The outcome of the proceeding was:
3         ☐ The case has been completely settled.
4         ☐ The case has been partially resolved and, on or before
5  _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7         ☐ The parties agree to an additional follow up settlement on
8  _____.
9         ☒ The parties are unable to reach an agreement at this time.

10  Date:  1/20/10
11                                              _____
                                                Nandor J Vadas
12                                              United States Magistrate Judge

**United States District Court**
For the Northern District of California