EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  E-mail: Emily.Brinkman@doj.ca.gov
*Attorneys for Defendants Cate, Jacquez, and Kirkland*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DALE BRETCHES,**<br><br>                       Plaintiff,<br><br>v.<br><br>**RICHARD KIRKLAND, et al.,**<br><br>                       Defendant. | C 06-5277 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>Judge    The Honorable Jeffrey S. White<br>Trial Date    TBD<br>Action Filed: August 28, 2006 |

    The Parties, through their counsel of record, stipulate to the following briefing schedule.

    1.    Both sides will submit summary judgment motions on or before March 4, 2011. Plaintiff's counsel also anticipates submitting a motion for preliminary injunction. That motion is also due March 4, 2011.

    2.    Both sides shall file opposition papers on or before March 21, 2011.

    3.    Should the parties wish to file reply papers, those papers must be filed on or before March 30, 2011.

\\\

\\\

1

1    4.    Hearing on the summary judgment motions shall be on ~~April 1, 2011~~ at 9:00 a.m. in
April 22, 2011
Courtroom 11, 19th Floor.

Dated:  December 30, 2010      /s/ Emily L. Brinkman
Emily L. Brinkman
Deputy Attorney General for Defendants Cate, Jacquez, and Kirkland

Dated:  December 30, 2010      /s/ Herman Franck
Herman Franck
Attorney for Plaintiff Dale Bretches

**IT IS SO ORDERED**

Dated:  January 3, 2011      _____
Honorable Jeffrey S. White
U.S. District Court Judge