1 | KAMALA D. HARRIS
Attorney General of California
2 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
3 | EMILY L. BRINKMAN
Deputy Attorney General
4 | State Bar No. 219400
  455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
6 | Fax: (415) 703-5843
  E-mail: Emily.Brinkman@doj.ca.gov
7 | *Attorneys for Defendants Cate, Jacquez, and Kirkland*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DALE BRETCHES,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD KIRKLAND, et al.,**<br><br>Defendant. | C 06-5277 JSW<br><br>**DENYING STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND LENGTH OF OPENING BRIEFS**<br><br>Date: April 22, 2011<br>Time: 9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge  The Honorable Jeffrey S. White<br>Trial Date  TBD<br>Action Filed: August 28, 2006 |

The parties, through their counsel of record, stipulate to the following page length extension for the opening motions due March 4, 2011 following Local Rule 7-12.

\\\

\\\

\\\

\\\

\\\

\\\

1

1. The parties may allow an additional fifteen pages for their opening motions, up to and including 40 pages.

2. The parties may allow an additional ten pages for their opposition papers, up to and including 35 pages.

3. The parties may allow an additional five pages for their optional reply papers, up to and including 20 pages.

Dated:   March 2, 2011          /s/ Emily L. Brinkman
Emily L. Brinkman
Deputy Attorney General for Defendants Cate, Jacquez, and Kirkland

Dated:   March 2, 2011          /s/ Herman Franck
Herman Franck
Attorney for Plaintiff Dale Bretches

**IT IS SO ORDERED**  The stipulation is DENIED without prejudice for failure to demonstrate good cause for the extension of pages.

Dated: March 2, 2011          /s/ Jeffrey S. White
Honorable Jeffrey S. White
U.S. District Court Judge

2

Stip. Extend Page Length  (C 06-5277 JSW)