IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,

v.

RICHARD KIRKLAND,

    Defendant.

_____/

No. C 06-05277 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE VADAS FOR SECOND SETTLEMENT CONFERENCE**

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to Magistrate Judge Vadas for the purposes of a settlement conference, to be completed, if possible, by no later than June 21, 2011.

**IT IS SO ORDERED.**

Dated: April 22, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani