United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,                          No. C 06-05277 JSW

  v.

RICHARD KIRKLAND,                **ORDER RE SETTLEMENT CONFERENCE**

    Defendant.
_____/

    The Court has taken notice of the parties' stipulation to Magistrate Judge Nandor Vadas to vacate the settlement conference previously set for December 2, 2011. The Court is concerned that this matter has not yet settled, although the clear representations from the parties before the undersigned indicated that the parties were willing to stipulate to fair terms in order to settle this matter. The request to vacate the settlement conference is DENIED.

    Accordingly, the Court CONTINUES the settlement conference in this matter to December 16, 2011 at 1:00 p.m. before Magistrate Judge Vadas in San Francisco. Benjamin Rice of the California Department of Corrections and Rehabilitation shall appear personally at the conference and shall take with him any and all resources necessary to settle this matter.

    The Court shall not entertain requests for extension of time to conduct the settlement conference.

    **IT IS SO ORDERED.**

Dated: November 29, 2011

                                                                  JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE