IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,

        v

RICHARD KIRKLAND, et al.,

    Defendants.

Case No C 06-5277 JSW (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on December 16, 2011 in Courtroom 17, San Francisco. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff's counsel, Herman Franck

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Michael Jorgenson

    ☐ Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒ The case has been completely settled subject to the final approval of counsels'
4  respective clients.

5  ☐ The case has been partially resolved and, on or before
6  _____, counsel for defendants shall file a joint stipulation specifying
7  those claims which have been resolved and those that remain to be resolved by the Court.

8  ☒ The parties agree to meet by phone for status on January 31, 2012 at 1:00 p.m.
9  Parties shall dial 888-684-8852, enter access code 8120805 and then security code
10  4487.

11  ☐ The parties are unable to reach an agreement at this time.

12  Date: December 20, 2011

13  Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California