IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BRETCHES,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>RICHARD KIRKLAND, et al.,<br><br>　　　　Defendants. | Case No C 06-5277 JSW (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 16, 2011 in Courtroom 17, San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒ Plaintiff's counsel, Herman Franck

　　☐ Warden or warden's representative

　　☒ Office of the California Attorney General, Michael Jorgenson

　　☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled subject to the final approval of counsels' respective clients.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to meet by phone for status on January 31, 2012 at 1:00 p.m. Parties shall dial 888-684-8852, enter access code 8120805 and then security code 4487.

☐ The parties are unable to reach an agreement at this time.

Date:  December 20, 2011

_____
Nandor J Vadas
United States Magistrate Judge