**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BRETCHES, | |
| Plaintiff, | No. C 06-05277 JSW |
| v. | |
| RICHARD KIRKLAND, | **ORDER TERMINATING MOTIONS IN LIGHT OF SETTLEMENT** |
| Defendant. | |
| _____ / | |

In light of the parties' settlement of this action, the Court terminates the pending motions. In the unlikely event that the parties fail in their efforts to settle this matter, the moving party may file a notice to reinstate a motion. The Court exhorts the parties to formalize their agreed-upon settlement terms.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE