IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALE BRETCHES,

    Plaintiff,

    v.

RICHARD KIRKLAND,

    Defendant.

                                               /

No. C 06-05277 JSW

**ORDER TERMINATING MOTIONS IN LIGHT OF SETTLEMENT**

In light of the parties' settlement of this action, the Court terminates the pending motions. In the unlikely event that the parties fail in their efforts to settle this matter, the moving party may file a notice to reinstate a motion. The Court exhorts the parties to formalize their agreed-upon settlement terms.

**IT IS SO ORDERED.**

Dated: February 24, 2012

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE