IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE BRETCHES, | C 06-5277 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| RICHARD KIRKLAND, et al., | |
| Defendant. | |

THE PARTIES VOLUNTARILY STIPULATE to the dismissal with prejudice of Matthew Cate, Greg Lewis, and Richard Kirkland from this case under Federal Rule of Civil Procedure 41(a), following the entry of a settlement agreement between the parties.

Dated: 1-31-12            /s/ Dale F. Bretches
                          DALE BRETCHES
                          Plaintiff

1

Dated: 1-31-2012

_____
HERMAN FRANCK
Attorney for Plaintiff Bretches

Dated: 1/31/2012

_____
EMILY L. BRINKMAN
Deputy Attorney General
Attorneys for Defendants Cate, Lewis, and Kirkland

IT IS SO ORDERED.

Dated: May 22, 2012

_____
Jeffrey S. White
United States District Judge

2